# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Joy Bowerbank | Case No. 2:11-cv-14849-BAF-PJK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Shermeta, Adams, & Von Allmen, P.C. | |
| Defendant. | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| MACEY BANKRUPTCY LAW, P.C. | SHERMETA, ADAMS & VON ALLMEN, P.C. |
|---|---|
| By: /s/ Nicholas J. Prola | By: /s/ with consent of Tricia N. McKinnon |
| Nicholas J. Prola | Tricia N. McKinnon |
| 233 S. Wacker Drive, Suite 5150 | P.O. Box 5016 |
| Chicago, IL 60606 | Rochester Hills, MI 48308 |
| Telephone: 866.339.1156 | Telephone: 248-519-1700 |
| Fax: 312-822-1064 | Fax: 248-519-1701 |
| Email: nprola@maceybankruptcylaw.com | Email: tmckinnon@shermeta.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Joy Bowerbank | Case No. 2:11-cv-14849-BAF-PJK |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| Shermeta, Adams, & Von Allmen, P.C. | **STIPULATED ORDER DISMISSING CASE WITH PREJUDICE** |
| Defendant. | |

Pursuant to the stipulation of the parties on February 2, 2012, the Court hereby ORDERS that this action be DISMISSED WITH PREJUDICE, each party to bear its own costs. The Clerk is directed to close this file.

**IT IS SO ORDERED**

DATE: __February 3, 2012__

\_\_\_s/Bernard A. Friedman_____
Honorable Bernard A. Friedman